Elizabeth Waldow
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 6:04-mj-0016 |
| Plaintiff, | ) ) | DISMISSAL: VIOLATION OF PROBATION |
| v. | ) ) | AND ORDER THEREON |
| Richard S. Amavisca, Jr. | ) ) | |
| Defendant | ) ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice of the Violation of Probation filed in this case.

Dated: June 24, 2005 .                     NATIONAL PARK SERVICE


                                            /s/ Eliabeth Waldow
                                           Elizabeth Waldow
                                           Legal Officer

1

**ORDER**

IT IS SO ORDERED.

**Dated:   June 27, 2005**          **/s/  William M. Wunderlich**
mmkd34                              UNITED STATES MAGISTRATE JUDGE